FILED

07/25/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0169

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## No. DA 22-0169

---

IN RE THE MARRIAGE OF:

SYRENA LOUISE DESKINS (f/k/a Syrena L. Rose),

*Petitioner and Appellee*,

VS.

CORY LAINE ROSE,

*Respondent and Appellant*.

---

## GRANT

---

Pursuant to authority granted under Mont. R. App. P. 26(2), the Appellee is given an extension of time until September 1, 2022, to prepare, file, and serve the Appellee's Brief in Response.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
July 25 2022